UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| VIENNA DIPIAVE, | : | CIVIL ACTION NO: |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SIKORSKY AIRCRAFT | : | |
| CORPORATION, ET AL | : | |
| Defendants. | : | JANUARY 18, 2023 |
| | : | |

### PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendants Sikorsky Aircraft Corporation and Lockheed Martin Corporation (collectively "Sikorsky"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby give notice of the removal of this action pending in the Superior Court Judicial District of Fairfield, Connecticut, to the United States District Court for the District of Connecticut. In support of removal, Sikorsky states as follows:

### The State Court Action

1.  On or about December 21, 2022, an action was commenced against Sikorsky in the Superior Court Judicial District of Fairfield, in the State of Connecticut, captioned <u>Vienna DiPiave v. Sikorsky Aircraft Corporation, Et Al</u>, FBT-CV23-6120715-S ("State Action"), by service of process on Sikorsky's agent for service in Connecticut.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Sikorsky in the State Action is attached hereto as **Exhibit A.**

### Grounds for Removal: Federal Question Jurisdiction

3. This case is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and is one that may be removed to this Court by Sikorsky pursuant to 28 U.S.C. § 1441.

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that the federal district courts shall have original jurisdiction over actions arising under federal law, because Plaintiff's Complaint asserts claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2; 29 CFR Part 16 and the Pregnancy Discrimination Act, which arise under the laws of the United States.

5. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

6. Therefore, this Court has jurisdiction over the claims made by Plaintiff, and removal is appropriate.

7. The service of process on Sikorsky's agent taking place on December 21, 2022, was Sikorsky's first receipt of the process in the State Action. Thus, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Sikorsky's receipt of the initial pleading in the State Action.

## Compliance with Procedural Requirements

8. On December 21, 2022, Co-Defendant Aquinas Consulting, LLC was notified of the State Court Action by service of process on its agent for service. Aquinas Consulting, LLC's consent to the filing of this removal is attached hereto as **Exhibit B**.

9. There are no other defendants in this case.

10. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of Connecticut because the county from which the State Action is being removed lies within the State of Connecticut.

11. Notice of this Petition will be filed promptly with the Superior Court for the Judicial District of Fairfield, as required by 28 U.S.C. § 1446(d).

## Conclusion

Having fulfilled all statutory requirements, Defendants Sikorsky Aircraft Corporation and Lockheed Martin Corporation, remove this action to this Court from the Superior Court Judicial District of Fairfield, Connecticut, and request that this Court assume jurisdiction over this matter as provided by law.

DEFENDANTS,
SIKORSKY AIRCRAFT CORPORATION and
LOCKHEED MARTIN CORPORATION


By: */s/ James F. Shea*
    James F. Shea (ct16750)
    James.Shea@jacksonlewis.com
    Trisana N. Spence (ct31376)
    Trisana.Spence@jacksonlewis.com
    Jackson Lewis P.C.
    90 State House Square, 8th Floor
    Hartford, CT 06103
    P: (860) 522-0404
    F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 18, 2023, a copy of foregoing was served by first class mail, postage prepaid on Plaintiff's counsel of record, and by electronic mail on Co-Defendant, Aquinas Consulting, LLC's counsel of record:

>John T. Bochanis
>Daly, Weihing & Bochanis
>1776 North Avenue
>Bridgeport, CT 06604
>*Attorney for Plaintiff*

>John Letizia
>Letizia, Ambrose & Falls, P.C.
>667-669 State Street, 2nd Floor
>New Haven, CT 06511
>letizia@laflegal.com
>*Attorney for Aquinas Consulting, LLC*

>>*/s/ Trisana N. Spence*
>>Trisana N. Spence