UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIENNA DIPIAVE,<br>     Plaintiff,<br><br>     v.<br><br>SIKORSKY AIRCRAFT CORPORATION, LOCKHEED MARTIN CORPORATION, AQUINAS CONSULTING, LLC,<br>     Defendants. | Civil No.: 3:23-cv-00061-SRU |

## JUDGMENT

This matter came on for consideration on the defendants' motions for summary judgment before the Honorable Stefan R. Underhill, United States District Judge. Following oral argument on August 21, 2024, and having considered the full record of the case, the Court entered its ruling on the record, granting the defendants' motions for summary judgment. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the defendants, SIKORSKY AIRCRAFT CORPORATION, LOCKHEED MARTIN CORPORATION, and AQUINAS CONSULTING, LLC, against the plaintiff, VIENNA DIPIAVE, and the case is closed.

Dated at Bridgeport, Connecticut, this 21st day of August 2024.

DINAH MILTON KINNEY, Clerk

By:   /s/ Julia Reis
Deputy Clerk

EOD: 8/21/2024